AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 CV 10606

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

OMAR CASTORINO

I certify that I am admitted to practice in this court.

| 11/29/2007 | *signature* |
|---|---|
| Date | Signature |
| | Barry Fischer — BF0274 |
| | Print Name — Bar Number |
| | 550 Fifth Avenue - 6th Floor |
| | Address |
| | New York — New York — 10036 |
| | City — State — Zip Code |
| | (212) 840-9300 — (212) 840-9323 |
| | Phone Number — Fax Number |