AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

OMAR CASTORINO

V.

CITIBANK N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 10606

## JUDGE CROTTY

TO: (Name and address of Defendant)

CITIBANK N.A.
1 Court Square
Long Island City, New York 11120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FISCHER & MANDELL LLP
550 Fifth Avenue - 6th Floor
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

NOV 27 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 11th, 2007 at 2:39 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| AZZAM ABDERRAHMAN | Process SErver |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
By delivering to and leaving personally a true copy of said summons and complaint with Russell Abidally, whom deponent knew to be the Assistant Secretary, authorized to accept service on behalf of Citibank, N.A. Description: male/brown/black hair/ 45yrs/5'9"/190 lbs.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 13th, 2007
                  Date

*Signature of Server*
AZZAM ABDERRAHMAN  820 996

291 Broadway, New York, nY 10007
*Address of Server*

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 20, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.