Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

OMAR CASTORINO,

      Plaintiff,

  - against -

CITIBANK, N.A.,

      Defendant.

-----------------------------------------------------------X

Case No.: 07 CV 10606 (PAC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, that the time for Citibank, N.A. to respond to the summons and complaint is hereby extended to and including January 22, 2008. A facsimile copy of this stipulation may be deemed an original for all purposes. The original time to respond was January 2, 2008. This is the first extension request.

Dated: New York, New York
    December 20, 2007

FISCHER & MANDELL LLP

By: _____
Barry R. Fischer, Esq. (BF-0274)
Attorneys for Plaintiff
550 Fifth Avenue, 6th Floor
New York, New York 10036
(212) ___-____

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Defendant
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED: JAN 02 2008

_____
U.S.D.J.