Crotty, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 4 2008

Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
OMAR CASTORINO,                         :    Case No.: 07 CV 10606 (PAC)
                Plaintiff,              :
                                        :
        - against -                     :    **STIPULATION**
                                        :
CITIBANK, N.A.,                         :
                Defendant.              :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, that the time for Citibank, N.A. to respond to the summons and complaint is hereby extended to and including February 7, 2008. A facsimile copy of this stipulation may be deemed an original for all purposes. The original time to respond was January 2, 2008. This is the second extension request.

Dated:  New York, New York
        January 22, 2008

FISCHER & MANDELL LLP

By: _____
    Barry R. Fischer, Esq. (BF-0274)
    Attorneys for Plaintiff
    550 Fifth Avenue, 6th Floor
    New York, New York 10036
    (212) 840-9300

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Barry J. Glickman, Esq. (BG-5877)
    Attorneys for Defendant
    575 Lexington Avenue
    New York, New York 10022
    (212) 223-0400

JAN 2 4 2008
SO ORDERED:
_____
U.S.D.J.