UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR CASTORINO     Plaintiff,

- against -

CITIBANK N.A.     Defendant.

7 cv 10606 (PC)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Barry R. Fischer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: George Minski
Firm Name: Roth, Rousso & Katsman LLP
Address: 18851 N.E. 29th Avenue, Suite 900
City/State/Zip: Aventura, Florida 33180
Phone Number: (786) 279-0000
Fax Number: (786) 279-0001

George Minski is a member in good standing of the Bar of the States of Florida

There are no pending disciplinary proceeding against George Minski in any State or Federal court.

Dated: 2/28/2008
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar: BF0274
Firm Name: Fischer & Mandell LLP
Address: 550 5th Ave., 6th Floor
City/State/Zip: New York - NY    10036-5007
Phone Number: (212)840-9300
Fax Number: (212)840-9323

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OMAR CASTORINO<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CITIBANK N.A.<br>　　　　　　　Defendant. | 07 CV 10606 (PC)<br><br>DECLERATION OF<br>BARRY R. FISCHER<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>*PRO HAC VICE* |

State of New York　)
　　　　　　　　　 ) ss:
County of New York )

**Barry R. Fischer**, declares under penalties of perjury of the laws of the United States:

1. I am a partner at **Fischer & Mandell LLP**, counsel for Plaintiff in the above captioned action. I am fully familiar with the proceedings in this case. I make this statement based on personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit **George Minski** as counsel *pro hac vice* to represent plaintiff in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in December 1967. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing since 1983.
3. I have known **George Minski** since October 2007.
4. **Mr. Minski** is a partner at Roth, Rousso & Katsman LLP in Aventura, Florida.
5. I have found **Mr. Minski** to be a skilled attorney and a person of good integrity. He appears experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of **George Minski**, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of **George Minski**, *pro hac vice*, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit **George Minski**, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 28, 2008
      New York, New York

                                         Barry R. Fischer (BF0274)



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

        In Re:    724726
                 George A. Minski
                 Roth Rousso & Katsman, LLP
                 18851 N.E. 29th Ave., Ste. 900
                 Aventura, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 24, 1987.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 22nd day of February, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smfcc4:R10

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I personally served a copy of the foregoing m*otion to admit counsel pro hac vice* to:

Barry J. Glickman, Esq.
Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022
Tel.: (212) 223-0400
Fax: (212) 753-0396

                                                Respectfully submitted,

                                                ATTORNEYS FOR PLAINTIFF,
                                                OMAR CASTORINO

                                                Barry R. Fischer (1252758)
                                                Fischer & Mandell LLP
                                                550 Fifth Avenue – 6th Floor
                                                New York, New York 10036
                                                Tel.: (212) 840-9300
                                                Fax: (212) 840-9323

Dated: February 28, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR CASTORINO          Plaintiff,

                                                        7   cv  10606   (PC )

- against -

CITIBANK N.A.           Defendant.              ORDER FOR ADMISSION
                                                PRO HAC VICE
                                                ON WRITTEN MOTION

Upon the motion of  Barry R. Fischer      attorney for  Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | George Minski |
| Firm Name: | Roth, Rousso & Katsman LLP |
| Address: | 18851 N.E. 29th Avenue, Suite 900 |
| City/State/Zip: | Aventura, Florida 33180 |
| Telephone/Fax: | (786) 279-0000 |
| Email Address: | gminski@rrksatlaw.com |

is admitted to practice pro hac vice as counsel for  Plaintiff  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 28, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge