**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OMAR CASTORINO          Plaintiff,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008

7  cv  10606  (PC)

- against -

CITIBANK N.A.          Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Barry R. Fischer  attorney for  Plaintiff

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | George Minski |
| Firm Name: | Roth, Rousso & Katsman LLP |
| Address: | 18851 N.E. 29th Avenue, Suite 900 |
| City/State/Zip: | Aventura, Florida 33180 |
| Telephone/Fax: | (786) 279-0000 |
| Email Address: | gminski@rrksatlaw.com |

is admitted to practice pro hac vice as counsel for  Plaintiff  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 28, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006