Barry J. Glickman
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR CASTORINO,<br><br>        Plaintiff,<br><br>  - against -<br><br>CITIBANK, N.A.,<br><br>        Defendant. | Case No.: 07 Civ. 10606 (PC)<br><br>**NOTICE OF MOTION<br>TO DISMISS PURSUANT TO<br>FED.R.CIV.P. 12(b)(6)** |

    TAKE NOTICE, that upon the Declaration of Barry J. Glickman, dated March 31, 2008, the exhibits attached thereto, the accompanying memorandum of law dated March 31, 2008, and all pleadings and proceedings had herein, Citibank N.A. shall make a motion before the Honorable Paul A. Crotty, United States District Judge, at the United States Court House, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing each and every claim in the complaint.

TAKE FURTHER NOTICE, that, pursuant to the Court's direction, opposing papers, if any, shall be served not later than April 21, 2008.

Dated: New York, New York
March 31, 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Bryan D. Leinbach
Attorneys for Defendant
 Citibank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: FISCHER & MANDELL LP
550 Fifth Avenue, 6th Floor
New York. New York 10036

ROTH, ROUSSO & KALZMAN LLP
18851 N.W. 29th Avenue, Suite 900
Aventura, Florida 33180

Attorneys for Plaintiff

521776.v1/5000-215/BDL

## CERTIFICATE OF SERVICE

      Michael W. Antonivich, hereby certifies under penalty of perjury that on the 31st day of March, 2008, I served a true copy of the within **CITIBANK'S NOTICE OF MOTION TO DISMISS WITH DECLARATION OF BARRY J. GLICKMAN AND EXHIBTS AND MEMORANDUM OF LAW AND F.R.C.P. 7.1 STATEMENT** upon the attorneys for plaintiff hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said attorneys at their last known addresses given below:

FISCHER & MANDELL LP
550 Fifth Avenue, 6th Floor
New York. New York 10036

ROTH, ROUSSO & KALZMAN LLP
18851 N.W. 29th Avenue, Suite 900
Aventura, Florida 33180

Dated: New York, New York
      March 31, 2008

_____
Michael W. Antonivich