Barry J. Glickman
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

Attorneys for Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR CASTORINO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　　　　　Defendant. | Case No.:   07 Civ. 10606 (PC)<br><br>**STATEMENT PURSUANT<br>TO FED. R. CIV. P. 7.1** |

　　　　The undersigned attorneys for defendant Citibank, N.A. certify, upon information and belief, that Citibank, N.A. is a wholly owned indirect subsidiary of Citigroup Inc. and is not publicly traded. Citigroup Inc. is a publicly traded company that does not have a parent company. No publicly held company owns 10% or more of the stock of Citigroup Inc.

Dated:　　New York, New York
　　　　　March 31, 2008

　　　　　　　　　　　　　　　　　　　　　ZEICHNER ELLMAN & KRAUSE LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Barry J. Glickman
　　　　　　　　　　　　　　　　　　　　　Bryan D. Leinbach
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　  Citibank, N.A.
　　　　　　　　　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　(212) 223-0400