UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR CASTORINO,<br><br>                              Plaintiff,<br><br>            - against -<br><br>CITIBANK, N.A.<br><br>                              Defendant. | Case No. 07 Civ. 10606 (PC) |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2008, I electronically filed the foregoing Memorandum of Law in Response to Citibank, N.A.'s Motion to Dismiss with the Clerk of the District Court using the CM/ECF system, which sent a notification of such filing to the following:

Barry Glickman
Zeichner Ellman & Krause LLP
Attorney for Defendant Citibank, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Email: bglickman@zeklaw.com


                                      FISCHER & MANDELL LLP

                                      By:     S/Barry R. Fischer
                                      Bar No. 101649
                                      *Attorneys for Plaintiff*
                                      550 Fifth Avenue, 6th Floor
                                      New York, New York 10036
                                      (212) 840-9300
                                      Email: bfischer@fmlaw-us.com